**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION**

LILLIAN M. YOUNG,                              CASE NO.: 0:17-cv-61046-RNS

    Plaintiff,

vs.

PALM BEACH CREDIT ADJUSTERS, INC.
d/b/a FOCUS FINANCIAL SERVICES,

    Defendant,
_____/

## JOINT NOTICE OF PENDING SETTLEMENT

Plaintiff, LILLIAN M. YOUNG ("Plaintiff") and PALM BEACH CREDIT ADJUSTERS, INC. d/b/a FOCUS FINANCIAL SERVICES. ("Defendant") by and through their respective undersigned counsel, hereby submits this Joint Notice of Pending Settlement and states that the parties have reached a settlement in principle with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. The parties expect to file the appropriate dismissal documents within one hundred twenty (120) days.

Dated this 3rd day of November, 2017.

Respectfully Submitted,

| | |
|---|---|
| */s/ Christopher W. Boss* | */s/ Ernest H. Kohlmyer, III* |
| **Christopher W. Boss, Esq.** | **Ernest H. Kohlmyer, III, Esq.** |
| Fla. Bar No.: 13183 | Florida Bar No.: 110108 |
| **BOSS LAW** | **SHEPARD, SMITH, KOHLMYER &** |
| CPservice@protectyourfuture.com | **HAND, P.A.** |
| 9887 4th Street North, Suite 202 | 2300 Maitland Center Parkway, Suite 100 |
| St. Petersburg, FL 33702 | Maitland, FL 32751 |
| Telephone: (727) 471-0039 | Telephone: (407) 622-1772 |
| Facsimile: (727) 471-1206 | Facsimile: (407) 622-1884 |
| *Counsel for Plaintiff* | skohlmyer@shepardfirm.com |
| | mdyleski@shepardfirm.com |
| | *Counsel for Defendant* |

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of November, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send an electronic notification to: Ernest H. Kohlmyer, III, Esq., Shepard, Smith, Kohlmyer & Hand, P.A., E-mail: skohlmyer@shepardfirm.com ;  Mary Grace Dyleski, Esq., Shepard, Smith, Kohlmyer & Hand, P.A.

      BOSS LAW

      /s/ Christopher W. Boss
      Christopher W. Boss, Esq.