**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION**

LILLIAN M. YOUNG,   CASE NO.: 0:17-cv-61046-RNS

    Plaintiff,

vs.

PALM BEACH CREDIT ADJUSTERS, INC.
d/b/a FOCUS FINANCIAL SERVICES,

    Defendant,
_____/

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby dismiss the above-entitled action and all claims asserted in the action with prejudice. The parties agree to bear their own fees and costs.

Respectfully Submitted,   Respectfully Submitted,

*/s/ Christopher W. Boss*
Christopher W. Boss, Esq.
Florida Bar No.: 13183
BOSS LAW
Email: cpservice@bosslegal.com
9887 Fourth Street North, Suite 202
St. Petersburg, Florida 33702
Telephone: (727) 471-0039
Facsimile: (727) 471-1206
*Attorney for Plaintiff*

*/s/ Ernest H. Kohlmyer, III*
**Ernest H. Kohlmyer, III, Esq.**
Florida Bar No.: 110108
**SHEPARD, SMITH, KOHLYMYER &
HAND, P.A.**
2300 Maitland Center Parkway, Suite 100
Maitland, FL 32751
Telephone: (407) 622-1772
Facsimile: (407) 622-1884
skohlmyer@shepardfirm.com
mdyleski@shepardfirm.com
*Counsel for Defendant, Palm Beach Credit Adjustors, Inc. d/b/a Focus Financial Services*

[CERTIFICATE OF SERVICE TO FOLLOW]

1

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 11th day of January, 2018, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

      /s/ Christopher W. Boss
      **Christopher W. Boss, Esq.**
      Fla. Bar No.: 013183