United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Lillian M. Young, Plaintiff ) | |
| ) | |
| v. ) | |
| ) | Civil Action No. 17-61046-Civ-Scola |
| Palm Beach Credit Adjustors, Inc. ) | |
| d/b/a Focus Financial Services, ) | |
| Defendant ) | |

## **Order Of Dismissal**

The parties have dismissed this case with prejudice in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Joint Stip. of Dismissal With Prejudice, ECF No. 23). The Court directs the Clerk to **close** this case. All pending motions, if any, are **denied** as moot.

**Done and ordered** at Miami, Florida, on January 12, 2018.

Robert N. Scola, Jr.
United States District Judge